# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-5148-GW (Ex) | Date | September 18, 2017 |
| Title | *The Print Lab Inc. v. Scottsdale Insurance Company, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eva Y. Yang | Valerie D. Rojas |

**PROCEEDINGS:** PLAINTIFFS' MOTION FOR REMAND [11];

SCHEDULING CONFERENCE

Court and counsel confer re Plaintiffs' Motion. Based on the Tentative issued on August 24, 2017 and for reasons stated on the record, Plaintiffs' Motion is DENIED.

The Court sets the following:

| | |
|---|---|
| Mediation cutoff | December 1, 2017 |
| Post-Mediation Status Conference | December 4, 2017 at 8:30 a.m. |
| Discovery cutoff | January 10, 2018 |
| Expert discovery cutoff | February 5, 2018 |
| Motion hearing cutoff | February 5, 2018 |
| Pretrial Conference | April 5, 2018 at 8:30 a.m. |
| Jury Trial | April 17, 2018 at 9:00 a.m. |

The parties are referred to ADR Procedure No. 2 - Court Mediation Panel.

**cc: ADR Program**

: 03

Initials of Preparer  JG