JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRINT LAB, INC., a California corporation, STACI STEWART, TOMMY GELINAS and JUAN FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation; NATIONWIDE INSURANCE COMPANY, TRUCK INSURANCE EXCHANGE and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. CV 17-5148-GW(Ex)<br><br>[Matter Assigned to Judge Wu]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with Stipulation for Dismissal with Prejudice] |

IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice.

DATED: April 26, 2019     By: _____
                          Honorable George H. Wu,
                          United States District Judge